**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Architectural Iron Workers' Local No. 63 Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−10903
Honorable Georgia N. Alexakis

DS Fence Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Initial status hearing is set for 11/17/2026 at 9:30 a.m. in person in Courtroom 1719. By 11/10/2026, the parties shall file a Joint Initial Status Report that complies with the Court's standing orders, which can be found on the Court's website. If the Defendant(s) have not been served by the initial status hearing date, Plaintiff must contact the Courtroom Deputy to reschedule the status hearing and the date for filing the Joint Initial Status Report. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.