Civil Action No. **26CV10903**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **DS FENCE COMPANY**
was received by me on **9/15/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Roberto Urquiza**, who is designated by law to accept service of process on behalf of **DS FENCE COMPANY** at **25674 W Obermaier Ln, Lake Villa, IL 60046-9143** on **09/18/2026 at 5:02 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 67.84** for services, for a total of **$ 67.84**.

I declare under penalty of perjury that this information is true.

Date: 09/19/2026

[signature]

*Server's signature*

**Kafayat Fashawe**

*Printed name and title*

**10 South Riverside Plaza**
**Suite 875**
**Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT, to Roberto Urquiza, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Hispanic male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent.**

Tracking #: **0242513170**