# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Architectural Iron Workers' Local No. 63 Welfare Fund, et al., v. D.S. Fence Company

Case Number: 26-cv-10903

An appearance is hereby filed by the undersigned as attorney for: D.S.Fence Company

Attorney name (type or print): Todd A. Miller

Firm: Allocco, Miller & Cahill, P.C.

Street address: 20 N. Wacker Drive, Suite 3517

City/State/Zip: Chicago, Illinois 60606-2806

Bar ID Number: 6216561
(See item 3 in instructions)

Telephone Number: (312) 675-4325

Email Address: tam@alloccomiller.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/09/2026

Attorney signature: S/ Todd A. Miller
(Use electronic signature if the appearance form is filed electronically.)