**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Architectural Iron Workers' Local No. 63 Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−10903
Honorable Georgia N. Alexakis

DS Fence Company

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2026:

MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Judge Jantz for discovery supervision and settlement [15]. The Court has reviewed the parties' Joint Initial Status Report [13] and sets the following discovery schedule: (1) Rule 26(a)(1) initial disclosures to be issued by 1/15/27; (2) written discovery requests to be issued by 1/29/27; and (3) fact discovery to be completed by 7/16/27. An expert discovery schedule will be set upon the completion of fact discovery. The parties shall call in for a telephonic status hearing on 3/10/27 at 10:30am, to provide an update on fact discovery and whether the parties are interested in settlement. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.